THE AMERICAN PAINT STORES

versus

H. SCHILL.

———

Court of Appeal
Parish of Orleans
FILED 2/19/23

300

Dinkelspiel; J.

Plaintiff institutes this suit alleging the defendant is indebted to them in the sum of $159.16, for goods sold and delivered to defendant, and an itemized statement of accounts is annexed to the petition.

Defendant's only appearance, is praying on motion that plaintiff furnish a bond for costs in the sum of ten dollars, which bond was furnished in due course.

There is no evidence exhibited or filed in this record, but we have the judgment rendered by the Court, which states:

"Defendant failing to appear and answer, and the legal delays in which to answer having lapsed, and plaintiff making due proof of claim,

It is ordered, adjudged and decreed, that plaintiff have judgment and recover from defendant, H. Sohill, in the sum of $159.16, with legal interest from judicial demand, and costs. Judgment rendered Oct. 5, 1922, signed Oct. 6, 1922.

Hy. Henshaw, Judge."

It has been frequently decided in cases of similar nature, that "In the absence of proof, when a judgment was rendered, our courts will give the same effect to the judgment that would be given when like demand is set up in our courts."

13 Ann. 394, McFarland vs. White.

There are numerous decisions by our Supreme Court to the same effect.

A money judgment rendered by a Court of original jurisdiction is conclusive as to its verity.

Where for the first time in the brief filed by plaintiff's counsel, but not prayed for in this Court as required by its rules and the laws governing practice for damage for frivilous appeal, same will not be allowed.

For the reasons assigned, it is ordered, adjudged and

301

decreed, that the judgment of the Court aquo be and the same
is hereby affirmed, defendant to pay costs of both courts.